**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 8, 2013.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-12-00710-CV

---

## MATTHEW D. WIGGINS, JR. AND D.L. HAMMAKER, Appellants

## V.

## AMELIA V. KELLY, Appellee

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11-CV-0325**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 22, 2012.  On December 20, 2012, appellants filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.